RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
Attorneys for Third-Party Defendants, Winter Harbor, LLC and Stuart W. Noyes

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MADAN N. RAMCHARAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>A.F.L. QUALITY, INC., d/b/a AFL WEB PRINTING, AFL HOLDING LLC, AFL PRINTING, INC., DGF INC., AFL QUALITY NY, LLC, WESTBURY PARTNERS and WESTBURY INVESTMENT PARTNERS, SBIC LP,<br><br>Defendants. | Civil Action No. 1:12-cv-7551-RMB-AMD<br><br>**NOTICE OF MOTION TO DISMISS WESTBURY INVESTMENT PARTNERS SBIC, LP'S THIRD-PARTY COMPLAINT**<br><br>**Document Electronically Filed**<br><br>**Return Date: November 3, 2014** |
| WESTBURY INVESTMENT PARTNERS SBIC, LP<br><br>Third-Party Plaintiff<br><br>vs.<br><br>WINTER HARBOR, LLC, PNC BANK, NATIONAL ASSOCIATION, and STUART W. NOYES,<br><br>Third-Party Defendants | |

TO:   Ralph R. Smith, 3rd, Esq.
      Capehart & Scatchard, P.A.
      8000 Midlantic Drive, Suite 300S
      Mount Laurel, New Jersey 08054
      Attorneys for Defendant/Third-Party Plaintiff,
      Westbury Investment Partners SBIC, LP

COUNSEL:

PLEASE TAKE NOTICE that on Monday, November 3, 2014, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Third-Party Defendants, Winter Harbor, LLC and Stuart W. Noyes (collectively "Winter Harbor"), will move before the Honorable Renee Marie Bumb, U.S.D.J., United States District Court for the District of New Jersey, at the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Fourth & Cooper Streets, Camden, New Jersey, for an Order dismissing Westbury Investment Partners SBIC, LP's Third-Party Complaint against Winter Harbor in its entirety pursuant to Fed.R.Civ.P. 12(b)(1) and Fed.R.Civ.P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Winter Harbor shall rely upon the brief filed herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

<div style="margin-left:40%">

s/Scott A. Ohnegian (S04799)
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Phone: (973) 451-8551
Fax: (973) 451-8703
sohnegian@riker.com
Attorneys for Third-Party Defendants,
Winter Harbor, LLC and Stuart W. Noyes

</div>

Dated: October 8, 2014

4532239v1